UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREG DAVIS, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>COMSTAR, LLC<br><br>       Defendant. | Case No. 1:22-cv-11119-PBS |
| ANDREW BASINAS, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>COMSTAR, LLC<br><br>       Defendant. | Case No. 1:22-cv-11122-RWZ |

## ORDER GRANTING JOINT MOTION TO CONSOLIDATE AND REASSIGN

**WHEREAS** Plaintiffs Greg Davis and Andrew Basinas moved pursuant to Federal Rule of Civil Procedure 42 and D. Mass. L.R. 40.1(j), to consolidate the related actions, *Davis v. Comstar*, 1:22-cv-11119-PBS and *Basinas v. Comstar, LLC*, 1:22-cv-11122-RWZ (together, the "Related Actions"); and

**WHEREAS**, the Court has carefully reviewed the motion, including the memoranda attached thereto and all files, records, and prior proceedings to date in this matter, and good cause

appearing based on the record.

**NOW THEREFORE, IT IS ORDERED** that:

1. The following actions shall be consolidated for all purposes: *Davis v. Comstar, LLC*, 1:22-cv-11119-PBS and *Basinas v. Comstar, LLC*, 1:22-cv-11122-RWZ. The *Davis* case is designated as the lead case. All papers filed in the Consolidated Action shall be filed under Case No. 1:22-cv-11119-PBS and shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| IN RE COMSTAR DATA BREACH LITIGATION | Lead Case No.: 1:22-cv-11119-PBS |
|---|---|
| This Document Relates To: | |

2. All future-filed or transferred actions that are related to the Consolidated Action pursuant to L.R. 40.1(g) in that they are based on same or similar facts and circumstances shall be consolidated in the Consolidated Action.

3. Initial deadlines for the Consolidated Action are as follows:

   a. Plaintiffs shall file a Consolidated Complaint no later than 30 days following entry of this Order;

   b. Defendant shall file an answer or otherwise respond to the Consolidated Complaint within 30 days of the filing of the Consolidated Complaint;

   c. Plaintiffs shall file an opposition to any motion to dismiss or similar motion filed in response to the Consolidated Complaint within 30 days of the motion;

   d. Defendant shall file a reply in support of any motion to dismiss or similar motion within 14 days of Plaintiffs' opposition; and

   e. Defendant need not file a response to the Complaints in *Davis* and *Basinas*.

**IT IS SO ORDERED**

Dated: September 16, 2022             BY THE COURT:

_____
/s/PATTI B. SARIS
U. S.District Judge