UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREG DAVIS, ET AL, )<br>)<br>Plaintiff/Consolidated Plaintiff, )<br>v. )<br>)<br>COMSTAR, LLC )<br>Defendants. ) | CIVIL ACTION<br>NO. 22-11119-PBS |

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised, on December 15, 2022, that the above-entitled action has been settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to the right of any party, upon good cause shown to re-open the action within sixty (60) days if settlement is not consummated.

By the Court:

Robert Farrell, Clerk

/ s / Clarilde Karasek
Deputy Clerk

DATED: December 15, 2022